State v. Briggs

STATE OF NORTH CAROLINA v. RANDOLPH L. BRIGGS

No. 7328SC367

(Filed 23 May 1973)

APPEAL by defendant from *Thornburg, Judge,* 16 October 1972 Session of Superior Court held in BUNCOMBE County.

Defendant was convicted on two charges of uttering forged checks. Judgment imposing a prison sentence of not less than eight nor more than ten years was entered.

*Attorney General Robert Morgan by William W. Melvin and William B. Ray, Assistant Attorneys General, for the State.*

*Bruce A. Elmore and George W. Moore by George W. Moore for defendant appellant.*

VAUGHN, Judge.

This indigent defendant was ably represented at trial and on this appeal by his counsel. We have considered all of the exceptions brought forward. We hold that defendant's trial was free of prejudicial error.

No error.

Judges CAMPBELL and PARKER concur.